```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| KOBBIE DOMINICK JOHNSON, | 1:21-cv-6468 (NLH) (KMW) |
| Plaintiff, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| WEST HARTFORD POLICE DEPARTMENT, et al., | |
| Defendants. | |

**APPEARANCES**:

Kobbie Dominick Johnson
437048
Camden County Correctional Facility
330 Federal Street
Camden, NJ 08103

    Plaintiff pro se

**HILLMAN**, **District Judge**

    WHEREAS, Plaintiff Kobbie Dominick Johnson filed a civil rights complaint pursuant 42 U.S.C. § 1983 on March 24, 2021, see ECF No. 1; and

    WHEREAS, Plaintiff is presently detained in the Camden County Correctional Facility awaiting trial; and

    WHEREAS, Plaintiff names the West Hartford Police Department, West Hartfield city, and the State of Connecticut as defendants; and

    WHEREAS, Plaintiff alleges he was falsely arrested in West

Hartford, Connecticut.  Plaintiff was extradited to New Jersey after Connecticut authorities contacted New Jersey authorities to verify his identify, ECF No. 1 at 6; and

WHEREAS, Plaintiff asserts he should not have been arrested in Connecticut.  He does not allege any constitutional violations by New Jersey authorities or within the District of New Jersey; and

WHEREAS, as Plaintiff is suing Connecticut state officials and government entities, the Court concludes the interests of justice would be better served by transferring this action to the District of Connecticut for resolution.  See 28 U.S.C. § 1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought . . . .");

THEREFORE, IT IS on this  25th   day of March, 2021

ORDERED that the Clerk shall transfer this matter to the United States District Court for the District of Connecticut, 28 U.S.C. § 1404(a); and it is finally

ORDERED that the Clerk shall serve a copy of this Order upon Plaintiff by regular mail and close this matter.

At Camden, New Jersey
        s/ Noel L. Hillman
        NOEL L. HILLMAN, U.S.D.J.